UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                  Bankr. Case No. 20-22298

Betsy Rocio Cassiani                                Chapter 13

      Debtor(s)

## REQUEST FOR NOTICE

   Pursuant to Rule 2002(g), Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                      Daimler Trust
                      c/o BK Servicing, LLC
                      PO Box 131265
                      Roseville, MN  55113-0011


                      BK Servicing, LLC


                      By  /s/ Ed Gezel_____

                      Ed Gezel, Agent
                      BK Servicing, LLC
                      PO Box 131265
                      Roseville, MN  55113-0011
                      651-366-6390
                      notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on December 2, 2020 :

Jamal J Romero
Scura, Wigfield, Heyer, Stevens & Cammarota, Llp
1599 Hamburg Turnpike
Wayne
Wayne, NJ  07470

Marie-ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ  07004

By  /s/ Ed Gezel, Agent
       Ed Gezel

516741