**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

BETSY ROCIO CASSIANI,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  **20-22298 VFP**

**NOTICE OF RESERVE ON CLAIM**

Creditor: GARDEN STATE DERMATOLOGY LLC
Trustee Claim #: 10
Court Claim #: 15
Claimed Amount: $724.61
Date Claim Filed: 12/18/2020

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim was filed with no attachments. Creditor must file an amended claim inclusive of attachments with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  December 21, 2020

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

BETSY ROCIO CASSIANI
327 W. CLINTON STREET
HALEDON, NJ    07508

SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ    07470

GARDEN STATE DERMATOLOGY LLC
15-01 BROADWAY SUITE 38
FAIR LAWN, NJ    07410