SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  BETSY ROCIO CASSIANI                              Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
327 W. CLINTON STREET                                          1599 HAMBURG TURNPIKE
HALEDON,  NJ  07508                                            WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 20-22298

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/24/2020 | $250.00 | 7255778000 | 12/07/2020 | $250.00 | 7292534000 |
| 01/05/2021 | $250.00 | 7358519000 | | | |

**Total Receipts: $750.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $750.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 56.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,431.38 | 0.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 11,509.70 | 0.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 10,196.81 | 0.00% | 0.00 | 0.00 |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 1,369.98 | 0.00% | 0.00 | 0.00 |
| 0005 | CAVALRY SPV I LLC | UNSECURED | 3,756.52 | 0.00% | 0.00 | 0.00 |
| 0006 | CHASE CARD SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 8,669.29 | 0.00% | 0.00 | 0.00 |
| 0008 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,182.17 | 0.00% | 0.00 | 0.00 |
| 0009 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 660.71 | 0.00% | 0.00 | 0.00 |
| 0010 | GARDEN STATE DERMATOLOGY LLC | UNSECURED | 724.61 | 0.00% | 0.00 | 0.00 |
| 0012 | ONCOLOGY GENPATH | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | NEWREZ LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | QUANTUM3 GROUP LLC | UNSECURED | 9,828.40 | 0.00% | 0.00 | 0.00 |
| 0015 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 560.07 | 0.00% | 0.00 | 0.00 |
| 0019 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,358.30 | 0.00% | 0.00 | 0.00 |
| 0020 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,184.99 | 0.00% | 0.00 | 0.00 |
| 0021 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 534.63 | 0.00% | 0.00 | 0.00 |
| 0022 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 908.07 | 0.00% | 0.00 | 0.00 |
| 0023 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 4,096.21 | 0.00% | 0.00 | 0.00 |
| 0024 | JPMORGAN CHASE BANK NA | UNSECURED | 7,938.68 | 0.00% | 0.00 | 0.00 |

Case 20-22298-VFP    Doc 21    Filed 01/17/21    Entered 01/17/21 14:13:24    Desc Main
Document      Page 2 of 2

**Chapter 13 Case # 20-22298**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0025 | JPMORGAN CHASE BANK NA | UNSECURED | 2,085.66 | 0.00% | 0.00 | 0.00 |
| 0026 | DAIMLER TRUST | VEHICLE SECURED | 400.00 | 100.00% | 0.00 | 0.00 |
| 0027 | CAPITAL ONE | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,696.73 | 0.00% | 0.00 | 0.00 |
| 0029 | ABSOLUTE RESOLUTIONS INVESTMENTS | UNSECURED | 15,296.05 | 0.00% | 0.00 | 0.00 |

**Total Paid: $56.25**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $750.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $56.25    =    Funds on Hand: $693.75

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.